UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ELIZABETH HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>LIFE LINE BILLING SYSTEMS, LLC, d/b/a LIFEQUEST SERVICES,<br><br>　　　　　　Defendant. | Case No.: 15-cv-645<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Lynn Adelman |

　　　　THE PLAINTIFF, Elizabeth Hoffman, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, Life Line Billing Systems, LLC, has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 23rd day of July 2015.　　　　By:　s/ Mark A. Eldridge
　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Eldridge (SBN: 1089944)
　　　　　　　　　　　　　　　　　　　　　　　　ADEMI & O'REILLY, LLP
　　　　　　　　　　　　　　　　　　　　　　　　3620 East Layton Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Cudahy, WI 53110
　　　　　　　　　　　　　　　　　　　　　　　　meldridge@ademilaw.com
　　　　　　　　　　　　　　　　　　　　　　　　tel (414) 482-8000
　　　　　　　　　　　　　　　　　　　　　　　　fax (414) 482-8001